UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Diaz et al,

                                         Plaintiff(s),                    **O R D E R**

              -against –                                                 7:23-CV-05476 (CS)


Costco Wholesale Corporation,

                                         Defendant(s).
-------------------------------------------------------------X

<u>Seibel, J.</u>

      It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.


      **SO ORDERED**.

Dated: April 16, 2024

      White Plains, New York


_____
   CATHY SEIBEL, U.S.D.J.